### Ex parte Mary Elizabeth CLODFELTER.

### No. 43093.

Court of Criminal Appeals of Texas.

June 2, 1970.

Richard Haynes, George H. Vance, Michael Ramsey, Houston, for appellant.

Jim D. Vollers, State's Atty., Austin, for the State.

## OPINION

MORRISON, Judge.

This is an appeal from an order denying bail. This is a companion case to Ex parte

Colbert, Tex.Cr.App., 452 S.W.2d 454. The appellant here is the wife of the deceased who is charged by the indictment as being an accomplice to the murder committed by Colbert.

The state offered evidence which clearly implicated this appellant as the instigator of this alleged murder for hire. We deem Ex parte Colbert, supra, controlling.

The order appealed from is affirmed.